

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN 11, TEXAS

GROVER SELLERS
~~XXXXXXXXXXXXXX~~
WAGGONER CARR
ATTORNEY GENERAL

Honorable Harley Sadler, Chairman
Livestock and Stock Raising Committee,
House of Representatives,
Austin, Texas

Dear Sir:

Opinion No. O-6452
Re: Construction of Art. 7452,
R. C. S., 1925, relating to
exceptions in favor of veterinarians
registering under prior act.

You have requested the opinion of this Department as to whether one
having two years in a recognized school of veterinary medicine and
five years of actual practice as a veterinarian prior to the year
1911, may register as a veterinarian under the provisions of Title
127, Arts. 7448-7465, inclusive, R. C. S., 1925.

Article 7451 prohibits the practice of veterinary medicine by any
person who has not complied with the provisions of Title 127 and
who has not registered with the district clerk of the county of
his residence. Art. 7452 sets out certain exceptions to Art. 7451,
among which is the provision that one "heretofore registered as a
veterinary surgeon in the county of his residence according to the
provisions of Chapter 76 of the Acts of the Regular Session of the
Thirty-second Legislature who had previous to the year 1911
practiced veterinary medicine or veterinary surgery as his principal
occupation for five years in the State of Texas prior to the year
1911" should not be prohibited "from practicing in the county of
his residence only" upon securing a "non graduate" license from
the Board. The Article further provides that, " It shall be
unlawful for any person to register under the five year practicing
clause of this Article, but the object of this provision is to
permit persons who have heretofore lawfully registered to continue
practicing under the five year clause." (Underscoring ours)

In view of the express language of the above quoted statute we
think it clear that no new registration of a veterinarian is
authorized thereby because of his former practice or education -
the statute merely authorized his continued practice by reason of
a prior lawful registration and under the limited conditions of a
"non graduate" certificate.

It is sincerely hoped that our views on this matter will be of assistance to you.

Yours very truly

ATTORNEY GENERAL OF TEXAS

s/ Eugene Alvis

By

Eugene Alvis
Assistant

EA:fb/ogo

APPROVED MARCH 9, 1945
s/ CARLOS C. ASHLEY
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED OPINION COMMITTEE
By Bwb Chairman